FILED

DEC 17 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )  Case No:  1:08 SW 00290 SMS
9                                    )            1:08 SW 00291 SMS
                  Plaintiff,         )            1:08 SW 00292 SMS
10                                   )            1:08 SW 00293 SMS
   v.                                )            1:08 SW 00294 SMS
11                                   )            1:08 SW 00295 SMS
   4539 N. BRAWLEY AVE., SUITE 102)             1:08 SW 00296 SMS
12 & 103, FRESNO, CALIFORNIA 93722)             1:08 SW 00297 SMS
                                     )
13 801 MCHENRY AVENUE, MODESTO,      )
   CALIFORNIA 95350                  )  ORDER UNSEALING
14                                   )  SEARCH WARRANTS
   1566 & 1590 W. 16TH STREET,       )
15 MERCED, CALIFORNIA 95340          )
                                     )
16 727 MCHENRY AVENUE, MODESTO,      )
   CALIFORNIA 95350                  )
17                                   )
   1343 LUKE DRIVE, MERCED,          )
18 CALIFORNIA 95340                  )
                                     )
19 725 MCHENRY AVENUE, MODESTO,      )
   CALIFORNIA 95350                  )
20                                   )
   4116 ACCLAIM COURT,               )
21 MODESTO, CALIFORNIA 95356         )
                                     )
22 4009 CALISTOGA COURT, MODESTO,    )
   CALIFORNIA 95356                  )
23                                   )
                                     )
24              Defendants.          )
   _____)
25

26

27       The Search Warrants, having been sealed by Order of this Court

28 pursuant, and it appearing that it no longer need remain secret,

1    IT IS HEREBY ORDERED that the Search Warrants be unsealed and

2  made public record.

3

4

5

6  DATED: ___12/17/08___              _____
                                      United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28